IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:19-CV-00577-FL

| | |
|---|---|
| JEFFREY GREENWELL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROUP HEALTH PLAN FOR EMPLOYEES OF SENSUS USA, INC., BLUE CROSS BLUE SHIELD OF NORTH CAROLINA,<br><br>Defendants. | **ORDER** |

This matter is before the Court on the joint motion of Plaintiff Jeffrey Greenwell and Defendant Blue Cross Blue Shield of North Carolina ("BCBSNC") (the "Motion"). For good cause shown, the Court hereby grants the Motion. BCBSNC shall refile its Motion to Dismiss (Dkt. 11) on or before March 16, 2020.

SO ORDERED, this the  11th  day of February, 2020.

_____
Honorable Louise W. Flanagan
United States District Court Judge