IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:19-CV-00577-FL

JEFFREY GREENWELL, on behalf of
himself and all others similarly situated,

Plaintiffs,

v.                                              **ORDER**

GROUP HEALTH PLAN FOR
EMPLOYEES OF SENSUS USA, INC.,
BLUE CROSS BLUE SHIELD OF
NORTH CAROLINA,

Defendants.

This matter is before the Court on Berg Plummer Johnson & Raval, LLP, Amar

Raval, and James C. Plummer's Motion to File Manually, as they are not admitted to

practice in this District or Division.

For good cause shown, the Court hereby grants the Motion to File Manually.

                                                            March
SO ORDERED, this the ___18th___ day of ~~February~~, 2020.

_____
Honorable Louise W. Flanagan
United States District Court Judge

4