IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:19-CV-00577-FL

JEFFREY GREENWELL, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

GROUP HEALTH PLAN FOR EMPLOYEES OF SENSUS USA, INC., BLUE CROSS BLUE SHIELD OF NORTH CAROLINA,

Defendants.

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

This matter is before the Court on Defendant Blue Cross Blue Shield of North Carolina's ("BCBSNC") Motion to Seal the Administrative Record in this case, filed as an attachment to BCBSNC's Memorandum in Support of Motion for Judgment on the Administrative Record.

It appears to the Court that:

1. Good cause exists for the granting of this Motion;

2. BCBSNC has demonstrated the necessity and propriety of sealing the exhibit at issue, which is not a public record under North Carolina law;

3. The request to seal these documents overcomes any common law or First Amendment presumption to access;

4. The nature and specific qualities of the materials to be sealed justify that they be sealed, taking into account the competing interest in access; and

5. Any alternatives to sealing are not adequate.

IT IS NOW THEREFORE ORDERED, that Defendant BCBSNC's Motion to seal is GRANTED.

This the 22nd day of September, 2021.

_____
United States District Judge