IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:19-CV-00577-FL

| | |
|---|---|
| JEFFREY GREENWELL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROUP HEALTH PLAN FOR EMPLOYEES OF SENSUS USA, INC., BLUE CROSS BLUE SHIELD OF NORTH CAROLINA,<br><br>Defendants. | **[PROPOSED]<br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO<br>FILE UNDER SEAL** |

This matter is before the Court on Defendants Blue Cross Blue Shield of North Carolina's ("BCBSNC") Unopposed Motion for Leave to File Under Seal.

It appears to the Court that:

1. Good cause exists for the granting of this Motion;

2. BCBSNC has demonstrated the necessity and propriety of sealing the documents at issue, which are not a public record under North Carolina law;

3. The request to seal these documents overcomes any common law or First Amendment presumption to access;

4. The nature and specific qualities of the materials to be sealed justify that they be sealed, taking into account the competing interest in access; and

5. Any alternatives to sealing are not adequate.

IT IS NOW THEREFORE ORDERED, that Defendant BCBSNC's Motion to seal is GRANTED.

This the 13th day of   December  , 2022.

                                                            */s/ Louise W. Flanagan*
                                                         Honorable Louise W. Flanagan
                                                         United States District Court Judge