UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFREY GREENWELL, )<br>    Plaintiff, )<br>                             )<br>v.                                )<br>                               )<br>GROUP HEALTH PLAN FOR )<br>EMPLOYEES OF SENSUS USA, INC. )<br>and BLUE CROSS BLUE SHIELD OF )<br>NORTH CAROLINA, )<br>    Defendants. )<br>                               ) | JUDGMENT IN A CIVIL CASE<br>CIVIL CASE NO.: 5:19-CV-577-FL |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's ordered entered March 27, 2023, and for the reasons set forth more specifically therein, the defendants' motions for summary judgment are DENIED, and plaintiff's motion for summary judgment is GRANTED. Plaintiff's motion for attorneys' fees is DENIED without prejudice. Plaintiff is awarded benefits in the amount of $109,000.00 The clerk is DIRECTED to enter partial judgment in favor of plaintiff on plaintiff's award of benefits as determined herein, pursuant to Rule 54(b). The court defers entry of judgment(s) on attorney fees, costs, and prejudgment interest, pending further order of the court following filing of supplemental notice on prejudgment interest and renewed motion for attorneys' fees and costs, if any, as set forth herein.

This Judgment Filed and Entered on March 27, 2023, with service on:

| | |
|---|---|
| Norris A. Adams, II | (via CM/ECF Notice of Electronic Filing) |
| Elizabeth K. Green | (via CM/ECF Notice of Electronic Filing) |
| Frank A. Florio | (via CM/ECF Notice of Electronic Filing) |
| Lisa S. Kantor | (via CM/ECF Notice of Electronic Filing) |
| Maria D. Garcia | (via CM/ECF Notice of Electronic Filing) |
| Robert J. Neary | (via CM/ECF Notice of Electronic Filing) |
| Stephanie A. Casey | (via CM/ECF Notice of Electronic Filing) |
| Timothy J. Rozelle | (via CM/ECF Notice of Electronic Filing) |
| Charles F. Seemann, III | (via CM/ECF Notice of Electronic Filing) |
| Janean B. Dunn | (via CM/ECF Notice of Electronic Filing) |
| Jason V. Federmack | (via CM/ECF Notice of Electronic Filing) |
| Lindsey H. Chopin | (via CM/ECF Notice of Electronic Filing) |
| Adam R. Carlisle | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| Jennifer K. Van Zant | (via CM/ECF Notice of Electronic Filing) |
| Michael C. Drew | (via CM/ECF Notice of Electronic Filing) |
| Claire R. O'Brien | (via CM/ECF Notice of Electronic Filing) |
| Covert J. Geary | (via CM/ECF Notice of Electronic Filing) |

3/27/2023     PETER A. MOORE, JR., CLERK

_____
(By): Donna Rudd, Deputy Clerk